UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                          :

GEORGE PAPA,                              :     Civil Action
                                          :     No. CV-10-4954
              Plaintiff,            :     (Korman, J.)
                                          :
         -against-                :     **ORDER**

ATTORNEY GENERAL and
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,

        Defendants.
-------------------------------------------------------------- x
KORMAN, *J.*:

      Plaintiff's filings are construed as an application for a declaration of the United States nationality. Passing over the procedural hurdles and turning to the merits of plaintiff's claims, plaintiff is not entitled to the relief he seeks for the reasons stated in the memorandum filed by the United States Attorney and the holding of the Second Circuit in *Drozd v. I.N.S.*, 155 F.3d 81, 86-88 (2d Cir. 1998).

      The application is denied.

**SO ORDERED.**

Dated: September 21, 2011
       Brooklyn, New York

                                                     *Edward R. Korman*
                                                    Edward R. Korman
                                                    United States Senior Judge